UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. VERA, | No. C 06-3771 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| ROBERT AYERS, warden; DR. J. FITTER (CMO), | |
| Defendants. | |

Jose B. Vera filed a civil rights complaint under 42 U.S.C. § 1983, complaining of acts and omissions relating to his medical care at the California State Prison in Lancaster. Lancaster is in Los Angeles County, which is within the venue of the Central District of California. Defendants also apparently reside in the Central District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The court has not ruled on any pending motions. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: August 2, 2006

_____
SUSAN ILLSTON
United States District Judge